UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case no. 3:94-cr-00044-LRH-WGC |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| DONALD LEROY HOGAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Before the court is Defendant's Rule 36 Motion to Correct Clerical Mistake/Error (#1340)[1] in which Defendant seeks to "correct a "MISTAKE/ERROR" which has resulted in an incorrect calculation under the Sentencing Guidelines."

While Defendant is correct that Rule 36 may be invoked at any time to correct a clerical error, the "error" he points out in his motion is in fact a challenge to the point calculation made by the U.S. Probation Office in the Presentence Investigation Report ("PSR"), and not a clerical error made by the court. Defendant contests the two points added in the PSR on page 23, paragraph 80:

> At the time the instant offense was committed, the defendant was under supervision for the offense and conviction entered on 1-10-92. Pursuant to U.S.S.G. § 4A1.1(d), two points were added.

Pursuant to Federal Rule of Criminal Procedure 35(a), any such correction – one resulting from arithmetical, technical, or other clear error – must be made within fourteen (14) days after sentencing. Defendant's sentencing took place on September 16, 1996; his motion, therefore, is

---

[1] Refers to the court's docketing number.

1  untimely and the court shall deny it as such.
2  　　　In addition, Defendant did present his objections to the PSR at the time of sentencing, and
3  no objection was made to paragraph 80 at that time.
4  　　　IT IS THEREFORE ORDERED that Defendant's Rule 36 Motion to Correct Clerical
5  Mistake/Error (#1340) is DENIED.

7  　　　IT IS SO ORDERED.
8  　　　DATED this 29th day of January, 2014.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LARRY R. HICKS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE